AO 442    (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

__Northern__ District of __Texas__

UNITED STATES OF AMERICA

V.

Lisa Jane Brown

**WARRANT FOR ARREST**

Case Number: 3:17-cr-328-D (03)

CERTIFIED A TRUE COPY
KAREN MITCHELL, CLERK
By _____ DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN DISTRICT OF TEXAS
June 28, 2017

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____Lisa Jane Brown_____
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

✓ Indictment    ☐ Information    ☐ Complaint    ☐ Order of court    ☐ Probation Violation Petiton    ☐ Supervised Release Violation Petition    ☐ Violation Notice

charging him or her (brief description of offense)
Conspiracy to Possess with Intent to Distribute a Controlled Substance

in violation of Title __21__ United States Code, Section(s) __U.S.C.§ 846__

Karen Mitchell, U.S. District Court Clerk
Name and Title of Issuing Officer

_Karen Mitchell_ (signature)
Signature of Issuing Officer

United States Magistrates Judge Paul D. Stickney    June 21, 2017    Dallas, Texas
                                                    Date          Location

By: s/Y. Pace
Deputy Clerk

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at

Wichita Falls Courthouse, Wichita Falls, TX 76301

| DATE RECEIVED 6/26/2017 | NAME AND TITLE OF ARRESTING OFFICER M. O'Brien (DUSM) | SIGNATURE OF ARRESTING OFFICER M. O'Brien |
|---|---|---|
| DATE OF ARREST 6/27/2017 | | |